UNITED STATES MAGISTRATE COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | CRIMINAL NO. 15-6667 |
| v. | : | |
| | : | CONSENT ORDER FOR MODIFICATION OF BAIL |
| EUN JONG LEE | : | |

THIS MATTER having come before the Court on the application of defendant, Eun Jong Lee, ( by John H. Yauch, Assistant Federal Public Defender) for an Order modifying conditions of release in the above captioned matter, and the United States (by Shirley U. Emehelu, Assistant U.S. Attorney) having consented thereto, and for good cause shown:

IT IS on this ___ day of September, 2015, HEREBY ORDERED:

1. That Pretrial Services shall return to Mr. Lee his passport for the purposes of securing the driver's license of his daughter and that Mr. Lee shall return his passport to Pretrial Services within 10 days. Thereafter, Pretrial Services shall allow Mr. Lee to receive his passport only with the permission and in the discretion of Pretrial Services.

2. All other conditions of bail remain intact.

---
HONORABLE JOSEPH A DICKSON
UNITED STATES MAGISTRATE JUDGE

Consented to:

Shirley U. Emehelu, Esq.
Assistant U.S. Attorney

John H. Yauch
Assistant Federal Public Defender